UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

ALLIANCE RESEARCH INSTITUTE, LLC,
a California limited liability company
22110 Roscoe Blvd, Suite 202
Canoga Park, CA 91304,

    Plaintiff,

Civil Action No. 2:25-cv-284-JLB-NPM

vs.

NEMA RESEARCH, INC.,
a Delaware corporation
868 106th Avenue North
Naples, FL 34108,

    Defendant.

## COMPLAINT

### INTRODUCTION

1. Plaintiff ("Alliance") brings this action to recover past due payments, prejudgment interest, and costs from Defendant ("NEMA") under a Clinical Investigation Agreement between the parties.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) (diversity of citizenship jurisdiction). Alliance is a citizen of the State of California because both of its members are citizens of that state. NEMA is a citizen

of the States of Delaware, where it is incorporated, and Florida, where it maintains its principal place of business. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) and (c)(2). NEMA is a resident of this judicial district.

## PARTIES

4. Alliance is a California limited liability company that has its principal place of business at 22110 Roscoe Blvd, Suite 202, in the City and County of Los Angeles, State of California. It is and at all times material to this Complaint has been engaged in the business of conducting clinical research trials for pharmaceutical sponsors and contract research organizations (CROs).

5. NEMA is a Delaware corporation that has its principal place of business at 868 106th Avenue North, in the County of Collier, State of Florida, which is within this judicial district. It is and at times material to this Complaint has been engaged in business as a CRO.

## THE CLINICAL INVESTIGATION AGREEMENT

6. On or about August 28, 2023, the parties entered into a Clinical Investigation Agreement, a true and correct copy of which is attached hereto as Exhibit A.

7. On or about January 2, 2024, the parties entered into an Amendment to the Clinical Investigation Agreement, a true and correct copy of which is attached hereto as Exhibit B. This Complaint refers to the Clinical Investigation Agreement, as so amended, as "the Agreement."

8. Pursuant to the Agreement, Alliance agreed to conduct a clinical research trial in consideration of payments by NEMA as specified therein.

9. The Agreement requires NEMA to pay all Alliance's non-disputed invoices within 30 days of NEMA's receipt of each such invoice.

## ALLIANCE'S INVOICES

10. Alliance transmitted invoices to NEMA as provided by the Agreement, including the following invoices ("the listed invoices"), true and correct copies of which are attached hereto as Exhibits C through K:

| Inv. # | Date | Amount |
| --- | --- | --- |
| 1124 | 1/24/24 | $135,345.60 |
| 1126 | 2/12/24 | 162,075.60 |
| 1127 | 2/27/24 | 97,814.40 |
| 1128 | 3/25/24 | 113,168.40 |
| 1140 | 5/29/24 | 235,436.40 |
| 1143 | 6/24/24 | 146,721.60 |
| 1144 | 7/24/24 | 162,075.60 |
| 1154 | 8/23/24 | 97,814.40 |
| 1160 | 10/1/24 | 64,962.00 |

## NEMA'S FAILURE TO PAY

11. NEMA failed and refused, in whole or in part, to pay the listed invoices, as follows:

3

| Inv. # | Date    | Amount       | Unpaid       |
|--------|---------|--------------|--------------|
| 1124   | 1/24/24 | $135,345.60  | $13,534.56   |
| 1126   | 2/12/24 | 162,075.60   | 16,207.56    |
| 1127   | 2/27/24 | 97,814.40    | 9,781.44     |
| 1128   | 3/25/24 | 113,168.40   | 11,316.84    |
| 1140   | 5/29/24 | 235,436.40   | 23,543.64    |
| 1143   | 6/24/24 | 146,721.60   | 146,721.60   |
| 1144   | 7/24/24 | 162,075.60   | 162,075.60   |
| 1154   | 8/23/24 | 97,814.40    | 97,814.40    |
| 1160   | 10/1/24 | 64,962.00    | <u>64,962.00</u> |
|        |         |              | $545,957.64  |

12. NEMA never provided Alliance notice, written or otherwise, of a dispute concerning any invoice.

13. All the listed invoices are overdue.

## CAUSE OF ACTION FOR BREACH OF CONTRACT

14. Alliance realleges and incorporates in this Cause of Action, as if fully set forth herein, the allegations of paragraphs 1 through 13 above.

15. Alliance fully performed all its obligations under the Agreement so as to entitle it to full payment of the listed invoices.

16. Alliance's performance occurred wholly within the State of California.

17. NEMA breached the Agreement by failing and refusing to pay the agreed consideration for Alliance's services as described in the Agreement and reflected in the listed invoices.

18. As a consequence of NEMA's failure and refusal to pay Alliance as agreed, Alliance sustained damages in the principal amount of $545,957.64.

WHEREFORE, Alliance demands judgment against NEMA in the principal amount of $545,957.64, plus prejudgment interest of 10% per annum under California law, statutory attorneys' fees and costs, and for such other or further relief as the Court deems just.

Dated at Mequon, Wisconsin, this 7th day of April, 2025.

*[signature]*

Charles H. Barr
State Bar of Wisconsin # 1004802[1]
Attorney for Plaintiff
Health Sciences Law Group LLC
1500 W Market St, Ste 225
Mequon, WI 53092
Ph.: 414-351-0057
Fax: 414-892-5752
E-mail: cbarr@cbarrlaw.com

---

[1] A motion for special admission of counsel to the bar of this Court has been filed contemporaneously with this Complaint.